## BROWN *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 59, September Term, 1959.]

*Decided December 18, 1959.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

Application for leave to appeal is denied for the reasons set forth in Judge Evans' opinion below.

*Application denied.*